IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTA SHUMYLO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:25-CV-3400-D |
| VS. | § | |
| | § | |
| TEXAS INSTRUMENTS | § | |
| INCORPORATED, et al., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| YAROSLAV ZAPLYVANYI, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:25-CV-3402-D |
| VS. | § | |
| | § | |
| TEXAS INSTRUMENTS | § | |
| INCORPORATED, et al., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| LARYSA BABICH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:25-CV-3403-D |
| VS. | § | |
| | § | |
| TEXAS INSTRUMENTS | § | |
| INCORPORATED, et al., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| LIUDMYLA DMYTRIVNA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:25-CV-3406-D |
| VS. | § | |
| | § | |
| TEXAS INSTRUMENTS | § | |
| INCORPORATED, et al., | § | |
| | § | |
| Defendants. | § | |

TETIANA TERESCHENKO, et al.,           §
                                        §
                        Plaintiffs,     §
                                        § Civil Action No. 3:25-CV-3416-D
VS.                                     §
                                        §
TEXAS INSTRUMENTS                       §
INCORPORATED, et al.,                   §
                                        §
                        Defendants.     §

**<u>ORDER</u>**

I

The parties' March 17, 2026 joint motion to consolidate, filed in Civil Action No. 3:25-CV-3400-D, is granted.  Accordingly, the following cases are consolidated for pretrial purposes only:

*Shumylo, et al. v. Texas Instruments Incorporated, et al.*, Civil Action No. 3:25-CV-3400-D;

*Zaplyvanyi, et al. v. Texas Instruments Incorporated, et al.*, Civil Action No. 3:25-CV-3402-D;

*Babich, et al. v. Texas Instruments Incorporated, et al.*, Civil Action No. 3:25-CV-3403-D;

*Dmytrivna, et al. v. Texas Instruments Incorporated, et al.*, Civil Action No. 3:25-CV-3406-D; and

*Tereschenko, et al. v. Texas Instruments Incorporated, et al.*, Civil Action No. 3:25-CV-3416-D.

II

The court directs the clerk of court to administratively close Civil Action Nos. 3:25-CV-3402-D, 3:25-CV-3403-D, 3:25-CV-3406-D, and 3:25-CV-3416-D.  These statistical closures are without prejudice to reopening each civil action after pretrial proceedings are completed in that case or for other cause shown.

III

N.D. Tex. Civ. R. 42.1 provides, in pertinent part: "After consolidation, all pleadings, motions, or other papers must only bear the caption of the first case filed.  All post-consolidation filings must also bear the legend '(Consolidated with [giving the docket numbers of all the other cases]).'" Accordingly, until the court otherwise directs, the parties are directed to make all filings in Civil Action No. 3:25-CV-3400-D, and to include this legend: "(Consolidated for Pretrial Purposes Only with Civil Action Nos. 3:25-CV-3402-D, 3:25-CV-3403-D, 3:25-CV-3406-D, and 3:25-CV-3416-D)."

**SO ORDERED**.

March 18, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE